# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 19-1462V
UNPUBLISHED

|  |  |
|---|---|
| J.M., | Chief Special Master Corcoran |
| Petitioner, | Filed: June 2, 2023 |
| v. |  |
| SECRETARY OF HEALTH AND HUMAN SERVICES, |  |
| Respondent. |  |

*Ronald Craig Homer, Conway, Homer, P.C., Boston, MA, for Petitioner.*

*Mitchell Jones, U.S. Department of Justice, Washington, DC, for Respondent.*

### DECISION AWARDING DAMAGES[1]

On September 23, 2019, J.M. filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleges that she suffered a shoulder injury related to vaccine administration (SIRVA) resulting from the administration of a pneumococcal conjugate (Prevnar 13) vaccination on October 12, 2016. Amended Petition at 1. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On July 11, 2022, a ruling on entitlement was issued, finding Petitioner entitled to compensation for SIRVA. On June 2, 2023, Respondent filed a proffer on award of compensation ("Proffer") indicating Petitioner should be awarded a total of $115,939.92, consisting of $110,000.00, in pain and suffering, $1,170.99, in past unreimbursable expenses, and $4,768.93, in lost wages. Proffer at 1-2. In the Proffer, Respondent

---

[1] Because this unpublished Decision contains a reasoned explanation for the action in this case, I am required to post it on the United States Court of Federal Claims' website in accordance with the E-Government Act of 2002.  44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). **This means the Decision will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

represented that Petitioner agrees with the proffered award. *Id.* Based on the record as a whole, I find that Petitioner is entitled to an award as stated in the Proffer.

Pursuant to the terms stated in the attached Proffer, **I award Petitioner a lump sum payment of $115,939.92 (consisting of $110,000.00, in pain and suffering, $1,170.99, in past unreimbursable expenses, and $4,768.93, in lost wages) in the form of a check payable to Petitioner.** This amount represents compensation for all damages that would be available under Section 15(a).

The Clerk of Court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

**s/Brian H. Corcoran**
Brian H. Corcoran
Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**OFFICE OF SPECIAL MASTERS**

_____

                                                        )
J.M,                                                    )
                                                        )
            Petitioner,                                 )        No. 19-1462V
                                                        )        Chief Special Master Corcoran
            v.                                          )        ECF
                                                        )
SECRETARY OF HEALTH                                     )
AND HUMAN SERVICES,                                     )
                                                        )
            Respondent.                                 )
_____                )

**RESPONDENT'S PROFFER ON AWARD OF COMPENSATION**

On September 23, 2019, J.M. ("petitioner") filed a petition for compensation under the

National Childhood Vaccine Injury Act of 1986, 42 U.S.C. §§ 300aa-1 to -34 ("Vaccine Act" or

"Act"), alleging that she suffered a Shoulder Injury Related to Vaccine Administration

("SIRVA"), as defined in the Vaccine Injury Table, following administration of a Pneumococcal

Conjugate ("Prevnar") vaccine she received on October 12, 2016.  Petition at 1.  On June 28,

2022, the Secretary of Health and Human Services ("respondent") filed a Rule 4(c) Report

indicating that this case is appropriate for compensation under the terms of the Act for a SIRVA

Table injury, and on July 11, 2022, the Chief Special Master issued a Ruling on Entitlement

finding petitioner entitled to compensation.  ECF Nos. 65, 66.

I.      **Items of Compensation**

        A.      Pain and Suffering

Respondent proffers that petitioner should be awarded $110,000.00 in pain and suffering.

_See_ 42 U.S.C. § 300aa-15(a)(4).  Petitioner agrees.

   B.     Past Unreimbursable Expenses

Evidence supplied by petitioner documents that she incurred past unreimbursable

expenses related to her vaccine-related injury.  Respondent proffers that petitioner should be

awarded past unreimbursable expenses in the amount of $1,170.99.  *See* 42 U.S.C. § 300aa-

15(a)(1)(B).  Petitioner agrees.

   C.     Lost Wages

Evidence supplied by petitioner documents that she incurred past lost wages related to

her vaccine-related injury.  Respondent proffers that petitioner should be awarded past lost

wages in the amount of $4,768.93.  *See* 42 U.S.C. § 300aa-15(a)(3)(A).  Petitioner agrees.

   The above amounts represent all elements of compensation to which petitioner would be

entitled under 42 U.S.C. § 300aa-15(a).  Petitioner agrees

**II.     Form of the Award**

   Petitioner is a competent adult.  Evidence of guardianship is not required in this case.

Respondent recommends that the compensation provided to petitioner should be made through a

lump sum payment as described below and requests that the Chief Special Master's decision and

the Court's judgment award the following: [1]  a lump sum payment of **$115,939.92** in the form of

a check payable to petitioner.

**III.    Summary of Recommended Payments Following Judgment**

   Lump sum payable to petitioner, J.M.:  **$115,939.92**

---

[1] Should petitioner die prior to entry of judgment, the parties reserve the right to move the Court
for appropriate relief.  In particular, respondent would oppose any award for future medical
expenses, future pain and suffering, and future lost wages.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

C. SALVATORE D'ALESSIO
Director
Torts Branch, Civil Division

HEATHER L. PEARLMAN
Deputy Director
Torts Branch, Civil Division

DARRYL R. WISHARD
Assistant Director
Torts Branch, Civil Division

/s/ Mitchell H. Jones
MITCHELL H. JONES
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 146
Benjamin Franklin Station
Washington, D.C. 20044-0146
Tel:  (202) 305-1748
mitchell.jones@usdoj.gov

DATED:  June 2, 2023

3